IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JUNE NIEMIEC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:13-CV-0069 |
| | ) JUDGE HAYNES |
| CALSONICKANSEI NORTH AMERICA, INC., | ) |
| | ) JURY DEMAND (12) |
| Defendant. | ) |

## FINAL ORDER

It appears to the satisfaction of the Court, as evidenced by the signatures of counsel for the Plaintiff and Defendants, that the parties have resolved this matter. Accordingly, it is ORDERED, ADJUDGED and DECREED that this matter should be and hereby is DISMISSED, with prejudice, costs to be taxed to the Plaintiff.

_____
JUDGE WILLIAM L. HAYNES, JR.